

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher Redic,                                    * From the 161st District
                                                        Court of Ector County,
                                                        Trial Court No. B-38,440.

Vs. No. 11-13-00140-CR                                * June 25, 2015

The State of Texas,                                   * Memorandum Opinion by Willson, J.
                                                        (Panel consists of: Wright, C.J.,
                                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.